

New York Financial District Headquarters
88 Pine Street, 18th Fl, New York, NY 10005
+1 347.897.6199

December 14, 2022

<u>Via ECF</u>
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

Re: *Dowge International Development, Ltd. v. Louise Paris Ltd.*;
Case No.: 22-cv-07880

Dear Judge Cronan:

    We are counsel for the Plaintiff in the above-referenced action. We write with the consent of Defendant's counsel to respectfully request a brief adjournment of the Initial Pretrial Conference currently scheduled for December 21, 2022 until a date convenient for the Court. This is the Parties' first request for an adjournment. Pursuant to the Court's November 14, 2022 Notice of Assignment, the Parties also request a corresponding extension of time to submit via ECF a joint letter, as well as a proposed Civil Case Management Plan and Scheduling Order, no later than seven (7) days prior to the rescheduled initial conference.

    Thank you for Your Honor's attention and consideration to this matter.

Respectfully submitted,

JIA LAW GROUP, P.C.

By: */s/ Thomas Hsien Chih Kung*
Thomas Hsien Chih Kung
88 Pine Street, 18th Floor
New York, NY 10005
(347) 897-6199
thomas.kung@jiaesq.com

Cc: All parties of record (via ECF)

---

The request is granted. The IPTC currently scheduled for December 21, 2022 is adjourned until January 4, 2023 at 2:30 p.m. At that time, counsel for all parties shall call (866) 434-5269, access code 9176261. The parties' deadline to submit a joint status letter and proposed civil case management plan and scheduling order is correspondingly extended until December 28, 2022.

SO ORDERED
Date: December 15, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge