UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
DOWGE INTERNATIONAL DEVELOPMENT, LTD.,                             :
                                                                   :
                          Plaintiff,                               :
                                                                   :            22 Civ. 7880 (JPC)
              -v-                                                  :
                                                                   :               ORDER
LOUISE PARIS, LTD. d/b/a ME JANE,                                  :
                                                                   :
                          Defendant.                               :
                                                                   :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The Court has been informed that the parties have reached a settlement in principle in this

case.  Accordingly, unless at that point the parties have already dismissed this case, by May 19,

2023 the parties are ordered to file a status letter informing the Court as to what progress has been

made towards finalizing settlement.

        SO ORDERED.

Dated: April 20, 2023
       New York, New York          _____
                                           JOHN P. CRONAN
                                       United States District Judge