

New York Financial District Headquarters
88 Pine Street, 18th Fl, New York, NY 10005
+1 347.897.6199

May 30, 2023

<u>Via ECF</u>
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

    Re:    *Dowge International Development, Ltd. v. Louise Paris Ltd.*;
            Case No.: 22-cv-07880

Dear Judge Cronan:

    We are counsel for the Plaintiff in the above-referenced action. We write to provide the Court with an update as to the parties' settlement pursuant to Your Honor's order dated May 22, 2023. [Dkt. No. 23] Defense counsel and I are waiting for our clients' approval of the latest revisions, and, once approved, can proceed with execution. We respectfully request an additional week to finalize the settlement and ask to submit a letter to advise the Court on or before June 6, 2023.

    Thank you for Your Honor's attention and consideration to this matter.

    Respectfully submitted,

    JIA LAW GROUP, P.C.

    By: */s/ Thomas Hsien Chih Kung*
        Thomas Hsien Chih Kung
        88 Pine Street, 18th Floor
        New York, NY 10005
        (347) 897-6199
        thomas.kung@jiaesq.com

Cc:    All parties of record (via ECF)