

June 16, 2023

<u>Via ECF</u>
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

      Re:    *Dowge International Development, Ltd. v. Louise Paris Ltd.*;
                 Case No.: 22-cv-07880

Dear Judge Cronan:

    We are counsel for the Plaintiff in the above-referenced action. We write to provide the Court with an update as to the parties' settlement pursuant to Your Honor's order dated June 13, 2023. [Dkt. No. 26] The parties continue to negotiate the details of the settlement agreement, and respectfully request the Court's permission to provide a status letter on or before June 30, 2023.

    Thank you for Your Honor's attention and consideration to this matter.

On June 1, 2023, pursuant to the parties' request, Dkt. 24, the Court ordered them to submit a status letter by June 6, 2023 informing the Court of what progress they had made towards finalizing their settlement agreement. Dkt. 25. Following the parties' failure to submit that status letter, the Court ordered them to submit it by June 16, 2023. Dkt. 26. In that letter, the parties requested to submit a further status letter by June 30, 2023, Dkt. 27, which the Court then ordered them to do, Dkt. 28. Once again, however, the parties have failed to submit the status letter by the deadline they themselves proposed. They are therefore ordered to submit that status letter by July 10, 2023, unless by that date this case has been dismissed. While frequent status updates in this case are unnecessary, the parties are discouraged from proposing deadlines that they will not meet.

Respectfully submitted,

JIA LAW GROUP, P.C.

By: <u>*/s/ Thomas Hsien Chih Kung*</u>
Thomas Hsien Chih Kung
88 Pine Street, 18th Floor
New York, NY 10005
(347) 897-6199
thomas.kung@jiaesq.com

Cc:     All parties of record (via ECF)

SO ORDERED.
Date: July 5, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge