

New York Financial District Headquarters
88 Pine Street, 18th Fl, New York, NY 10005
**+1 347.897.6199**

July 10, 2023

<u>Via ECF</u>
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

   Re: *Dowge International Development, Ltd. v. Louise Paris Ltd.*;
      Case No.: 22-cv-07880

Dear Judge Cronan:

 We are counsel for the Plaintiff in the above-referenced action. We sincerely apologize for our failure to meet the previous deadline for providing a status update. We write to inform the Court that the settlement agreement has been finalized, and we are now awaiting the parties' execution. As such, we respectfully request a stay of the proceedings until October 10, 2023 to allow the parties to file a stipulation of dismissal pursuant to FRCP 41(a)(1)(A)(ii).

 Thank you for Your Honor's attention and consideration to this matter.

            Respectfully submitted,

            JIA LAW GROUP, P.C.


           By: */s/ Thomas Hsien Chih Kung*
            Thomas Hsien Chih Kung
            88 Pine Street, 18th Floor
            New York, NY 10005
            (347) 897-6199
            thomas.kung@jiaesq.com

Cc: All parties of record (via ECF)