

New York Financial District Headquarters
88 Pine Street, 18th Fl, New York, NY 10005
+1 347.897.6199

July 10, 2023

<u>Via ECF</u>
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

   Re: *Dowge International Development, Ltd. v. Louise Paris Ltd.*;
     Case No.: 22-cv-07880

Dear Judge Cronan:

  We are counsel for the Plaintiff in the above-referenced action. We sincerely apologize for our failure to meet the previous deadline for providing a status update. We write to inform the Court that the settlement agreement has been finalized, and we are now awaiting the parties' execution. As such, we respectfully request a stay of the proceedings until October 10, 2023 to allow the parties to file a stipulation of dismissal pursuant to FRCP 41(a)(1)(A)(ii).

  Thank you for Your Honor's attention and consideration to this matter.

The parties shall submit a further status letter by October 10, 2023, unless by that date they have already dismissed this case.

Respectfully submitted,

JIA LAW GROUP, P.C.

SO ORDERED.
Date: July 11, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge

By: */s/ Thomas Hsien Chih Kung*
Thomas Hsien Chih Kung
88 Pine Street, 18th Floor
New York, NY 10005
(347) 897-6199
thomas.kung@jiaesq.com

Cc: All parties of record (via ECF)