UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOWGE INTERNATIONAL DEVELOPMENT, LTD.,<br><br>                Plaintiff,<br><br>   -against-<br><br>LOUISE PARIS, LTD.,<br><br>                Defendant. | 22-CV-07880(JPC)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A settlement conference in this case was scheduled for February 7, 2024. As per my Order on December 19, 2023, ex-parte settlement letters were due yesterday by 5 P.M. The parties have not complied. I am sua sponte extending the January 31, 2024 deadline nunc pro tunc until 9 AM on February 2, 2024.

DATED:  February 1, 2024
             New York, NY

                                                                                       SO ORDERED.

                                                                                       **ROBYN F. TARNOFSKY**
                                                                                       United States Magistrate Judge