UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dowge International Development, LTD.

                Plaintiff(s),

   -against-

Louise Paris, Ltd.

                Defendant(s).

> Per Defendant Counsel's request emailed to Judge Tarnofsky's Chambers, the settlement conference scheduled for February 7th is now held through video conference. The Courtroom Deputy will email parties the details.
>
> Date: 2/06/2024
> New York, NY
>
> **SO ORDERED**
>
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

22 -CV- 07880 (JPC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    By Order of Reference dated December 19, 2023 (ECF 40), Judge John P. Cronan referred this case to Magistrate Judge Barbara C. Moses for settlement. On December 19, 2023, that referral was reassigned to me. I have therefore scheduled a settlement conference in this matter for **Wednesday, February 7, 2024, at 2:00 p.m.** The conference will be held ~~in~~ **through video conference.** ~~Courtroom 9B, at 500 Pearl Street, New York, NY, 10007~~. If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

    If this date is not convenient for the parties, counsel should e-mail my deputy clerk, Anne Zeng-Huang, at Anne_Huang@nysd.uscourts.gov on or before **Monday, January 15, 2024,** to propose three alternative dates and times for the settlement conference during the week of **1/16/2024**.

    Corporate parties must send the person with decision-making authority to settle the matter to the conference. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my

Individual Rules of Practice. Pre-conference submissions must be received no later than

**Wednesday, January 31, 2024, at 5:00 p.m**.

DATED:  December 19, 2023
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge