```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                         :
DOWGE INTERNATIONAL DEVELOPMENT, LTD.,                   :
                                                         :
                        Plaintiff,                       :
                                                         :         22 Civ. 7880 (JPC) (RFT)
           -v-                                           :
                                                         :                ORDER
LOUISE PARIS, LTD. d/b/a ME JANE,                        :
                                                         :
                        Defendant.                       :
                                                         :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court has been advised that the parties have reached a settlement in principle resolving all issues in this case. In light of that information, the Court intends to issue an order dismissing this action without costs and without prejudice to restoring the action to the Court's calendar provided an application is made within thirty days, unless either party informs the Court within seven days of this Order that they prefer the Court not issue such a dismissal order. If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Pursuant to 3.F of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record. Any pending motions are denied as moot and any conferences are adjourned *sine die*.

SO ORDERED.

Dated: February 7, 2024
       New York, New York                          _____
                                                   JOHN P. CRONAN
                                                   United States District Judge