UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOWGE INTERNATIONAL DEVELOPMENT, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>LOUISE PARIS, LTD. d/b/a ME JANE<br><br>Defendant. | Civil Action No.: 22-cv-07880-JPC |

## FINAL JUDGMENT

WHEREAS Plaintiff Dowge International Development, Ltd. filed its complaint alleging breach of contract, UCC § 2-709 Action for Price, accounts stated, and unjust enrichment against Defendant Louise Paris Ltd. d/b/a Me Jane. Plaintiff and Defendant, through their respective attorneys, having consented to the entry of this Final Judgement without trial or adjudication of any issue of fact or law.

NOW, THEREFORE, before the taking of any testimony and without trial or adjudication of any issue of fact or law herein, and upon the consent of the parties hereto, it is hereby ORDERED, ADJUDGED, AND DECREED:

### I. JURISDICTION

This Court has jurisdiction of the subject matter herein and of each of the parties consenting hereto.

///

///

8

## II. APPLICABILITY

This Final Judgment applies to Defendant and each of its successors, assigns, and to all other persons in active concert or participation with it who shall have received actual notice of the Settlement Agreement and Order by personal service or otherwise.

## III. RELIEF

**A.** Within thirty (30) days of the entry of this Final Judgment, Defendant shall pay to Plaintiff the sum of $1 million dollars ($1,000,00000), less any mount already paid under the *STIPULATION OF SETTLEMENT AND DISMISSAL*.

**B.** The payment specified above shall be made by wire transfer. Before making the transfer, Defendant shall contact Plaintiff's Counsel, Zheng Liu, at (650) 475-6289 for wire transfer instructions.

**C.** In the event of a default in payment, and the default is not cured in seven calendar days, interest at the rate of sixteen (16) percent per annum shall accrue thereon from the date of default to the date of payment.

## IV. RETENTION OF JURISDICTION

This Court retains jurisdiction to enable any party to this Final Judgment to apply to this Court at any time for further orders and directions as may be necessary or appropriate to carry out or construe this Final Judgment, to modify any of its provisions, to enforce compliance, and to punish violations of its provisions. Upon notification by Plaintiff to the Court of Defendant's payment of the funds required by Section III above, this Section IV will have no further force or effect.

Dated: February 28, 2024

United States District Judge
John P. Cronan