```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
DOWGE INTERNATIONAL DEVELOPMENT, LTD.,                                 :
                                                                       :
                          Plaintiff,                                   :
                                                                       :    22 Civ. 7880 (JPC) (RFT)
         -v-                                                           :
                                                                       :              ORDER
LOUISE PARIS, LTD. d/b/a ME JANE,                                      :
                                                                       :
                          Defendant.                                   :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court incorrectly entered final judgment in this case on February 28, 2024. Dkt. 50. Pursuant to Paragraph 3 of the Stipulation and Order of Settlement, judgment should only be entered upon Defendant's default on the installment plan set forth in Paragraph 2, and the Court has been provided no evidence of such a default. Dkt. 49. Therefore, pursuant to Federal Rule of Civil Procedure 60, the judgment entered is vacated and the Clerk of the Clerk is respectfully directed to strike the document at Docket Number 50.

SO ORDERED.

Dated: March 14, 2024
       New York, New York                                    _____
                                                                   JOHN P. CRONAN
                                                             United States District Judge