UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
DOWGE INTERNATIONAL DEVELOPMENT, LTD.,      :
:
            Plaintiff,    :
:       22 Civ. 7880 (JPC) (RFT)
     -v-    :
:              ORDER
LOUISE PARIS, LTD. d/b/a ME JANE,    :
:
            Defendant.    :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On July 25, 2024, Plaintiff Dowge International Development, Ltd. moved for default judgment against Defendant Louise Paris, Ltd. pursuant to Federal Rule of Civil Procedure 55(b). Dkt. 69. For the reasons stated on the record at the hearing held on October 9, 2024, judgment is entered on Plaintiff's First Cause of Action (for breach of contract) against Defendant as follows:

1. Plaintiff is awarded $2,465,176.12 in damages.

2. Plaintiff is awarded $602 in costs.

3. Plaintiff is awarded pre-judgment interest at a rate of nine percent per annum on a balance of $2,465,176.12 from October 22, 2021, until the date judgment is entered.

4. Plaintiff is awarded post-judgement interest on all sums under 28 U.S.C. § 1961.

      The amount of this judgment shall be offset by any amounts that Plaintiff subsequently recovers through any other action relating to the unpaid portion of the 52 invoices at issue in this case or any settlement relating thereto, including any amounts recovered from Mr. Albert Barnathan in *Dowge International Development, Ltd. v. Barnathan*, No. 24 Civ. 4227 (E.D.N.Y. June 14, 2024). The Clerk of Court is respectfully directed to terminate Docket Number 69,

enter judgment in favor of Plaintiff as described above on the First Cause of Action asserted in the Complaint, Dkt. 4, and close this case.

SO ORDERED.

Dated: October 10, 2024
      New York, New York

                                        JOHN P. CRONAN
                                     United States District Judge