**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
DOWGE INTERNATIONAL DEVELOPMENT,
LTD.,

Plaintiff,

-against-                                                    22 **CIVIL** 7880 (JPC)(RFT)

<u>**JUDGMENT**</u>

LOUISE PARIS, LTD. d/b/a ME JANE.,

Defendant.

----------------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 10, 2024, and for the reasons stated on the record at the hearing held on October 9, 2024, judgment is entered on Plaintiff's First Cause of Action (for breach of contract) against Defendant as follows: 1. Plaintiff is awarded $2,465,176.12 in damages. 2. Plaintiff is awarded $602 in costs. 3. Plaintiff is awarded pre-judgment interest at a rate of nine percent per annum on a balance of $2,465,176.12 from October 22, 2021, until the date judgment for a total interest amount of $658,911.18. 4. Plaintiff is awarded post-judgement interest on all sums under 28 U.S.C. § 1961. The amount of this judgment shall be offset by any amounts that Plaintiff subsequently recovers through any other action relating to the unpaid portion of the 52 invoices at issue in this case or any settlement relating thereto, including any amounts recovered from Mr. Albert Barnathan in Dowge International Development, Ltd. v. Barnathan, No. 24 Civ. 4227 (E.D.N.Y. June 14, 2024). Judgment is entered in favor of Plaintiff as described above on the First Cause of Action asserted in the Complaint, Dkt. 4. Accordingly, the case is closed.

**Dated:**  New York, New York

October 10, 2024

**DANIEL ORTIZ**
**Acting Clerk of Court**

**BY:**

_____

**Deputy Clerk**